STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 3 ...

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. |
| Plaintiff, ) | CR00-00320 SOM |
| vs. ) | INDICTMENT |
| ) | [21 U.S.C. §846] |
| EARL YAMADA        (01) ) | |
|    a/k/a "Achi" ) | |
| SUSAN FUKUMOTO     (02) ) | |
| Defendants. ) | |

INDICTMENT

The Grand Jury charges:

On or about between July 10, 2000 and July 22, 2000, in the District of Hawaii and elsewhere, EARL YAMADA, a/k/a "Achi" and SUSAN FUKUMOTO, the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts

of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## OVERT ACTS

In furtherance of the aforesaid conspiracy, and in order to accomplish the illegal objectives thereof, overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy, including, but not limited to, the following acts:

1. On or about July 12, 2000, EARL YAMADA, a/k/a "Achi" (YAMADA), shipped a package containing in excess of 2 pounds of crystal methamphetamine via Federal Express from Las Vegas, Nevada to SUSAN FUKUMOTO (FUKUMOTO) in Honolulu, Hawaii.

2. On or about July 13, 2000, FUKUMOTO received said package at the Wahiawa Animal Hospital, and departed the hospital with the package in her possession with the intent to distribute it to YAMADA when he arrived in Honolulu from Las Vegas.

3. On or about July 20, 2000, EARL YAMADA, a/k/a "Achi" (YAMADA), shipped a package containing approximately 4 pounds of crystal methamphetamine via Federal Express from Las Vegas, Nevada to SUSAN FUKUMOTO (FUKUMOTO) in Honolulu, Hawaii.

4. On or about July **21**, 2000, FUKUMOTO received said package at the Wahiawa Animal Hospital, and departed the hospital with the package in her possession with the intent to further distribute said package to YAMADA once he arrived in Honolulu from Las Vegas.

5. On or about July 22, 2000, YAMADA departed Las Vegas, Nevada for Honolulu, Hawaii, in order to take possession of the crystal methamphetamine from FUKUMOTO in Honolulu and to further distribute it to unknown persons in Hawaii.

All in violation of Title 21, United States Code, Section 846.

DATED: August 3, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney